**U.S. Department of Justice**
*United States Attorneys*

# United States District Court
# for the District of Columbia

# FILED

OCT 1 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**v.**

*Ever Lemus-Hernandez*

Case No. _M.J. 06- 393_

## ORDER

Upon oral motion of the ___Defendant___ to exclude
___21___ days in computing the time within which an indictment must be filed in the
instant case, the Court finds that the ends of justice are best served and outweigh the best interest
of the public and the defendant in a speedy trial, and the Court (sets forth in writing) or (orally
sets forth) its reasons in the record at this time, and it is hereby

ORDERED, that pursuant to the provisions of the "Speedy Trial Act of 1974" (Title 18,
United States Code, § 3161(h)(8)(A)), that ___21___ days be excluded in computing the time
within which an indictment must be filed in the instant case.

No objection _____

_____
Defendant

_____
Defense Counsel

_____
Attorney for Government

*Status Hearing: Nov. 1, 2006*
*1:30*

_____
(United States Judge)
(United States Magistrate)

COURT COPY

USA-D9 (Oct. 76)