UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 06-0393M-01 (CR) |
| | : | MAGISTRATE NO. 06-0393M-02 (CR) |
| **EVER O. LEMUS-HERNANDES,** | : | GRAND JURY ORIGINAL |
| **JOSE L. SINTUJ-FLORES,** | : | |
| **CESAR A. MORALES,** | : | VIOLATIONS:  21 U.S.C. §846 |
|          **Defendants.** | : | (Conspiracy to Distribute and Possess With |
| | : | Intent to Distribute 5,000 Grams or More of |
| | : | Cocaine); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(C) |
| | : | (Unlawful Distribution of Cocaine); |
| | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(B)(ii) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | 500 Grams or More of Cocaine); |
| | : | 18 U.S.C. § 2 |
| | : | (Aiding and Abetting) |

# I N D I C T M E N T

The Grand Jury charges that:

## COUNT ONE

From on or about January 2006, through September 2006, within the District of Columbia and elsewhere, **EVER O. LEMUS-HERNANDES, JOSE L. SINTUJ-FLORES, and CESAR A. MORALES**, did knowingly and willfully combine, conspire, confederate and agree together and with other persons both known and unknown to the Grand Jury, to unlawfully, knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance and the said mixture

and substance was 5,000 grams or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

> (**Conspiracy to Distribute and Possess With Intent to Distribute 5,000 Grams or More of Cocaine**, in violation of Title 21, United States Code, Section 846)

### COUNT TWO

On or about August 10, 2006, within the District of Columbia, **EVER O. LEMUS-HERNANDES, JOSE L. SINTUJ-FLORES, and CESAR A. MORALES,** did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

> (**Unlawful Distribution of Cocaine and Aiding and Abetting**, in violation Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2)

### COUNT THREE

On or about September 7, 2006, within the District of Columbia, **EVER O. LEMUS-HERNANDES, JOSE L. SINTUJ-FLORES, and CESAR A. MORALES,** did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 500 grams or more.

> (**Unlawful Possession with Intent to Distribute 500 Grams or More of Cocaine and Aiding and Abetting**, in violation Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii) and Title 18, United States Code, Section 2)

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.